GEORGE H. SMITH, as Assignee for Creditors of AVON SPRINGS SANITARIUM COMPANY, Respondent, *v.* J. FRANCIS KELLOGG, Appellant.

*Avon Springs Sanitarium Co.* v. *Kellogg,* 125 App. Div. 51, affirmed.
(Argued January 18, 1909; decided February 9, 1909.)

APPEAL from a judgment entered March 16, 1908, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling defendant's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict, in an action to recover upon a check, given in payment for certain shares of stock, payment of which had been stopped.

*Edwin A. Nash* and *William Carter* for appellant.

*William De Graff* and *James G. Greene* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.